UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN OLIVERI DOAN, No. 009514162,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH, Nurse, et al.,<br><br>Defendant(s). | Case No. 25-cv-04915-CRB (PR)<br><br>**ORDER VACATING ORDER OF DISMISSAL AND REOPENING AND TRANSFERRING CASE** |

On July 23, 2025, the court dismissed this pro se prisoner action without prejudice because plaintiff had not filed an actual complaint using the court's prisoner complaint form or paid the requisite $405.00 filing fee or instead filed an application to proceed in forma pauperis (IFP), by July 9, 2025, as previously instructed. ECF No. 8. It also directed the clerk to close the case.

On July 29, 2025, plaintiff filed in this now closed case an actual prisoner complaint under 42 U.S.C. § 1983 and an application to proceed IFP. ECF Nos. 9 & 10. The accompanying envelope in which the two filings were mailed to the court was stamped by the post office on July 8, 2025. See ECF No. 9-1. This indicates that the filings were submitted to prison officials for mailing to the court by no later than July 8, 2025, and therefore are timely. See Douglas v. Noelle, 567 F.3d 1103, 1108-09 (9th Cir. 2009) (under mailbox rule, § 1983 complaint deemed filed when prisoner delivers it to prison officials for mailing to court).

Good cause appearing therefor, the court's July 23, 2025, order of dismissal is VACATED, and the clerk is directed to REOPEN this case.

In the operative pro se prisoner complaint under § 1983, plaintiff, a prisoner at the San Joaquin County Jail (SJCJ), challenges various conditions of his confinement at SJCJ. ECF No. 9. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the named defendants reside, in San Joaquin County, which lies within the venue of the Eastern District of

California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District of California. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: July 31, 2025

_____
CHARLES R. BREYER
United States District Judge